# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID RICHARD BUMA, SR.,** : | No. 1:16-cv-01568 |
| Plaintiff : | |
| : | |
| v. : | (Judge Kane) |
| : | (Magistrate Judge Saporito) |
| **NANCY A. BERRYHILL,** : | |
| Acting Commissioner of the : | |
| Social Security Administration,[1] : | |
| Defendant : | |

## O R D E R

Before the Court in the above captioned action is the May 22, 2017 Report and Recommendation of Magistrate Judge Saporito. (Doc. No. 14.) No timely objections have been filed.

**ACCORDINGLY**, on this 29th day of June 2017, upon independent review of the record and the applicable law, **IT IS ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 14), of Magistrate Judge Saporito;

2) The Commissioner's decision is **AFFIRMED**, and Plaintiff's request for relief (Doc. No. 1), is **DENIED**;

3) The Clerk of Court is directed to enter judgment in favor of the Acting Commissioner of Social Security and against Plaintiff David Richard Buma, Sr.; and

---

[1] The Court notes that since the institution of this action, Carolyn W. Colvin has been succeeded as Acting Commissioner of the Social Security Administration by Nancy A. Berryhill. Pursuant to Federal Rule of Civil Procedure 25(d), a public officer's successor is automatically substituted as a party in an action brought against the public officer in an official capacity.

4) The Clerk of Court is directed to **CLOSE** the case.

                                                                *s/* Yvette Kane
                                                                 Yvette Kane, District Judge
                                                                 United States District Court
                                                                 Middle District of Pennsylvania